If a suit has
been carried
on for the use
of an as-
signee, the
nominal plain
tiff being
insolvent, the
court will
permit the
defendant
after verdict
to suggest
upon the
docket the
name of the
assignee, and
will rule him
to pay the
costs.

CANBY *against* RIDGWAY.

A SHORT time after the commencement of this action, *Canby*, while in prison for debt, assigned, *inter alia*, his claim against the defendant to a certain *Thomas Shaw*, and then took the benefit of the insolvent laws. The action was afterwards carried on for the use of *Shaw*, who instructed counsel, and assisted at the trial, when a verdict passed for the defendant.

Upon these facts *Hallowell*, for the defendant, obtained a rule upon *Shaw* to shew cause why he should not pay the costs of suit.

*Rawle*, upon shewing cause, objected that as the name of *Shaw* did not appear upon the record, the court could not compel him to pay the costs. The defendant might before trial have suggested the name of *Shaw* as the real plaintiff, or have obtained a rule for security for costs upon the ground of *Canby's* insolvency; but as he had neglected to do either, he was not now to be assisted by the court.

*Hallowell* replied, that a rule for security was out of the question, as *Canby* lived within the jurisdiction of the court; and that it was not too late to make the suggestion now, since the facts shewed that *Shaw* had been all along the real plaintiff in interest.

PER CURIAM. It is agreed that this suit was carried on in the name of the plaintiff for the use of *Thomas Shaw*, who obtained an assignment from the plaintiff shortly before he was discharged by the insolvent act. The court are of opinion that under these circumstances, *Shaw* may be considered as the substantial plaintiff, although his name does not appear on the record. The defendant might have pleaded that the action was for his use, and made a set-off of a debt due from him. Having used the process of the court for his exclusive benefit, it is reasonable that he should be answerable for the costs. The rule is therefore to be made absolute; but it must be entered on the record, at the suggestion of the defendant, that the suit was for the use of *Shaw*.

Rule absolute.